**Fill in this information to identify the case:**

Debtor 1      <u>Laurie Ann Balent</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the EASTERN DISTRICT OF PENNSYLVANIA

Case number <u>14-14783-mdc</u>

## Form 4100R

# Response to Notice of Final Cure Payment                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of creditor:**      <u>U.S. Bank National Association, as trustee for</u>
the SCIG Series III Trust

**Court claim no.** (if known):
<u>9-1</u>

**Last 4 digits** of any number you use to identify the debtor's account:      <u>XXXXXX1002</u>

**Property address:**      362 Walker Avenue
Langhorne, PA 19047

*Check one:*

☐ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim.

☑ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date
of this response is:                                                                 $ <u>2,453.39</u>

**Postpetition Mortgage Payment**

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5)
of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:      <u>N/A as relief granted 9/25/18</u>
                                                                   MM / DD  / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5)
of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.   Total postpetition ongoing payments due:                                    (a) $ _____

b.   Total fees, charges, expenses, escrow, and costs outstanding:           + (b) $ _____

c.   **Total**. Add lines a and b.                                               (c)  $ _____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became
due on:                                                    __/__/____
                                                           MM / DD  / YYYY

Debtors: <u>Laurie Ann Balent</u>                              Case number (if known):  <u>14-14783-mdc</u>

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ◼ all payments received;
- ◼ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ✓ all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ <u>/s/ Jillian Nolan Snider</u>                              Date   <u>08/21/2019</u>
   Signature

Print      <u>Jillian Nolan Snider</u>                              Title <u>Attorney</u>
           First Name        Middle Name        Last Name

Company    <u>Tucker Arensberg, P.C.</u>

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    <u>1500 One PPG Place</u>
           Number        Street

           <u>Pittsburgh, PA 15222</u>
           City                    State        ZIP Code

Contact phone   (412)566–1212          Email <u>jsnider@tuckerlaw.com</u>